1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for BULMARO CHAVEZ

6              UNITED STATES DISTRICT COURT
7              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | NO. 1:10-cr-00064 LJO |
| Plaintiff,     ) | STIPULATION TO CONTINUE STATUS CONFERENCE, *QUINTERO* MOTION, AND GOVERNMENT OBJECTION TO SUBPOENAS |
| vs.     ) | |
| BULMARO CHAVEZ,     ) | DATE:   April 9, 2010 |
| Defendant.     ) | TIME:   9:00 AM |
| _____     ) | DEPT:   Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the status conference, *Quintero* motion and hearing on the government's objection to subpoenas prepared by defendant Bulmaro Chavez, presently scheduled before the Hon Lawrence J. O'Neill for April 9, 2010 at the hour of 9:00 AM be continued to April 30, 2010 at 9:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv), and availability of counsel.

Dated: April 5, 2010.     .     McGREGOR W. SCOTT, United States Attorney

By:/S/ Karen Escobar
KAREN ESCOBAR, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: April 5, 2010.

/S/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant CHAVEZ

Stipulation to Continue Status Conference, *Quintero* Motion,
and Government's Objections to Subpoenas, and Order Thereon

ORDER

IT SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

Dated: April _6_____, 2010.

_/s/ Lawrence J. O'Neill_____
LAWRENCE J. O'NEILL
U.S. District Judge for the
Eastern District of California

Stipulation to Continue Status Conference, *Quintero* Motion,
and Government's Objections to Subpoenas, and Order Thereon

2