EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5335
 Fax: (916) 324-5567
 E-mail: Scott.Wyckoff@doj.ca.gov
*Attorneys for Real Party in Interest*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>BULMARO CHAVEZ,<br><br>            Defendant. | 1:10-CR-00064 LJO<br><br>**ORDER REGARDING REAL PARTY IN INTEREST'S REQUEST FOR STAY OF COMPLIANCE WITH SUBPOENA**<br><br>Date:  April 9, 2010<br>Time:  9:00 AM<br>Courtroom: 4, 7th Floor<br>Judge   Hon. Lawrence J. O'Neill |
|---|---|

IT IS SO ORDERED. The California Highway Patrol's obligation to comply with defendant's subpoena is stayed pending this Court's ruling on the Government's objection. Should compliance be required, re-service of the subpoena will not be required.

DATED__April 8, 2010__         /s/ Lawrence J. O'Neill_____
                              Hon. Lawrence J. O'Neill
                              U. S. District Judge for the
                              Eastern District of California

SA2010100939
10556756.doc

1

[Proposed] Order Regarding Peal Party in Interest's Request for Stay of Compliance with Subpoena  (1:01-CR-00064 LJO)