**DANIEL A. BACON** 065099
ATTORNEY AT LAW
5200 NORTH PALM, SUITE 408
FRESNO, CALIFORNIA 93704
TELEPHONE: (559) 241-7000

ATTORNEY FOR **BULMARO CHAVEZ**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00064 LJO |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | MOTION TO SUPPRESS AND |
| vs. | ) | MOTION TO QUASH SUBPOENAS |
| | ) | |
| BULMARO CHAVEZ, | ) | |
| | ) | DATE:     September 24, 2010 |
| Defendant. | ) | TIME:     9:00 AM |
| _____ | ) | DEPT:     Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record as follows:

1.      That the hearing on the motion to quash subpoena duces tecum filed by the Madera Police Department and the Fresno Police Department, and joined by the United States Attorney, will be heard on Friday, October 15, 2010 at 10:00 AM in the courtroom of the Hon. Lawrence J. O'Neill.  Defendant shall file his opposition to the motion by Friday, October 8, 2010.

2.      That the hearing on defendant's motion to suppress scheduled for Friday, September 24, 2010, shall be vacated and reset by the court and counsel after the court has ruled on the motion to quash.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

Stipulation to Continue Motion to Suppress, and
Government's Objections to Subpoenas, and Order Thereon

1    Section 3161 (h)(8)(B)(iv), and availability of counsel.

2    Dated: September 22, 2010.          BENJAMIN B. WAGNER, United States Attorney

3                                        By: /s/ Karen Escobar
                                            KAREN ESCOBAR, Assistant U.S. Attorney
4                                           Attorney for Plaintiff

5    Dated: September 22, 2010.
                                            /s/ Daniel A. Bacon
6                                           DANIEL A. BACON,
                                            Attorney for Defendant CHAVEZ
7
     Dated: September 22, 2010.
8                                           /s/ Brent Richardson
                                            BRENT RICHARDSON
9                                           Madera City Attorney

10   Dated: September 22, 2010.
                                            /s/ Melissa White
11                                          MELISSA WHITE
                                            Senior Deputy City Attorney, City of Fresno
12

13                                     ORDER

14          IT SO ORDERED.  Time is excluded in the interests of justice pursuant to

15   18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

16   Dated: September 22, 2010.
17
                                        _/s/ Lawrence J. O'Neill____
18                                      LAWRENCE J. O'NEILL
                                        U.S. District Judge for the
19                                      Eastern District of California

20

21

22

23

24

25

26

27

28

Stipulation to Continue Motion to Suppress, and
Government's Objections to Subpoenas, and Order Thereon                        2