**DANIEL A. BACON** 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for BULMARO CHAVEZ

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-cr-00064 LJO |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | MOTION TO SUPPRESS AND ORDER |
| vs. ) | |
| BULMARO CHAVEZ, ) | DATE: December 3, 2010 |
| ) | TIME: 11:00 AM |
| Defendant. ) | DEPT: Hon. Lawrence J. O'Neill |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the hearing on defendant's motion to suppress, presently scheduled before the Hon. Lawrence J. O'Neill on December 3, 2010, at 11:00 AM shall be continued to Friday, January 21, 2011 at 11:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv), and availability of counsel.

Dated: November 19, 2010.      BENJAMIN B. WAGNER, United States Attorney

By:/s/ Karen Escobar
KAREN ESCOBAR, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: November 19, 2010.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant CHAVEZ

Stipulation to Continue Motion to Suppress

## ORDER

IT SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

Dated: November 23, 2010.

/s/ Lawrence J. O'Neill  _____
LAWRENCE J. O'NEILL
U.S. District Judge for the
Eastern District of California