**DANIEL A. BACON** 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for BULMARO CHAVEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00064 LJO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTION TO SUPPRESS |
| vs. | |
| BULMARO CHAVEZ, | DATE: March 4, 2011 |
| | TIME: 11:00 AM |
| Defendant. | DEPT: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the hearing on defendant's motion to suppress, presently scheduled before the Hon. Lawrence J. O'Neill on January 21, 2011, at 11:00 AM shall be continued to Friday, March 4, 2011 at 11:00 AM.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Sections 3161(h)(1)(D) and 3161 (h)(8)(B)(iv), and availability of counsel.

Dated: January 14, 2011.        BENJAMIN B. WAGNER, United States Attorney

By:/s/ Karen Escobar
KAREN ESCOBAR, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: January 14, 2011.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant CHAVEZ

Stipulation and Order to Continue Motion to Suppress

1 ORDER

2 IT SO ORDERED. Time is excluded in the interests of justice pursuant to
3 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.
4 Dated: January 18, 2011.

_/s/ Lawrence J. O'Neill_____
HONORABLE LAWRENCE J. O'NEILL
U.S. District Judge for the
Eastern District of California