1  DANIEL A. BACON 065099
   ATTORNEY AT LAW
2  5200 NORTH PALM AVENUE, SUITE 408
   FRESNO, CALIFORNIA 93704-2225
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:10-cr-00064 LJO |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE STATUS |
| v. ) | CONFERENCE/CHANGE OF PLEA |
| ) | HEARING; AND ORDER THEREON |
| ) | |
| BULMARO CHAVEZ, ) | DATE: April 8, 2011 |
| ) | TIME: 9:00 a.m. |
| Defendant ) | DEPT: Hon. Lawrence J. O'Neill |
| _____) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, plaintiff United States of America and its attorney Assistant U.S. Attorney Karen A. Escobar, and defendant Bulmaro Chavez and his attorney Daniel A. Bacon, that the status conference/change of plea hearing presently scheduled for April 8, 2011 at 9:00 a.m. before the Honorable Lawrence J. O'Neill may be continued to April 22, 2011 at 9:00 a.m.

   The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

///
///
///
///

Sections 3161)h)(1)(D) and 3161 (h)(8)(B)(iv), and availability of counsel.

DATED: April 5, 2011        BENJAMIN B. WAGNER
                            United States Attorney

                            By /s/ Karen A. Escobar
                            KAREN A. ESCOBAR
                            Assistant U.S. Attorney
                            Attorneys for Plaintiff


DATED: April 5, 2011        /s/ Daniel A. Bacon
                            DANIEL A. BACON
                            Attorney for Defendant


O R D E R

The declaration of Counsel Bacon provides the needed Good Cause.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(B)(iv) and availability of counsel.  The request is GRANTED.

1
2
3
4
5
6
7
8
9
10
11
12  Stipulation to Continue Status Conference/Change of Plea Hearing
13                              IT IS SO ORDERED.
14  **Dated:   April 5, 2011**                    /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28