DANIEL A. BACON 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for BULMARO CHAVEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  BULMARO CHAVEZ,  Defendant. | NO. 1:10-cr-00064 LJO  STIPULATION AND ORDER TO CONTINUE SENTENCING  DATE: July 8, 2011  TIME: 10:00 AM  DEPT: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that defendant's sentencing hearing, presently scheduled before the Hon. Lawrence J. O'Neill on July 8, 2011, at 10:00 AM shall be continued to August 19, 2011 at 10:00 AM..

IT IS FURTHER AGREED that informal objections to the Presentence Report shall be filed by the parties on or before July 29, 2011, and formal objections shall be filed with the court and served on all parties and the United States Probation Office on or before August 12, 2011.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Sections

Stipulation and Order to Continue Sentencing Hearing

3161(h)(1)(D) and 3161 (h)(8)(B)(iv), and availability of counsel.

Dated: June 6, 2011.                    BENJAMIN B. WAGNER, United States Attorney

                                        By:/s/ Karen Escobar
                                        KAREN ESCOBAR, Assistant U.S. Attorney
                                        Attorney for Plaintiff

Dated: June 6, 2011.
                                        /s/ Daniel A. Bacon
                                        DANIEL A. BACON,
                                        Attorney for Defendant CHAVEZ

## ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

Dated: June 7, 2011.

                                        /s/ Lawrence J. O'Neill
                                        LAWRENCE J. O'NEILL
                                        U.S. District Judge for the
                                        Eastern District of California