1  DANIEL A. BACON 065099
   ATTORNEY AT LAW
2  5200 NORTH PALM, SUITE 408
   FRESNO, CALIFORNIA 93704
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR BULMARO CHAVEZ

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00064 LJO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| BULMARO CHAVEZ, | DATE: August 19, 2011<br>TIME: 10:00 AM |
| Defendant. | DEPT: Hon. Lawrence J. O'Neill |
| _____ | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that defendant's sentencing hearing, presently scheduled before the Hon. Lawrence J. O'Neill on August 19, 2011, at 10:00 AM shall be continued to September 23, 2011 at 10:00 AM..

IT IS FURTHER AGREED that formal objections shall be filed with the court and served on all parties and the United States Probation Office on or before September 16, 2011.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Sections

Stipulation and Order to Continue Sentencing Hearing

1  3161(h)(1)(D) and 3161 (h)(8)(B)(iv), and availability of counsel.

2  Dated: August 12, 2011.        BENJAMIN B. WAGNER, United States Attorney

4                                 By:/s/ Karen Escobar
5                                    KAREN ESCOBAR, Assistant U.S. Attorney
                                     Attorney for Plaintiff

6  Dated: August 12, 2011.
7                                    /s/ Daniel A. Bacon
                                     DANIEL A. BACON,
                                     Attorney for Defendant CHAVEZ
8

9                                  ORDER

10       Time is excluded in the interests of justice pursuant to

11  18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

12  Good cause exists.

17  IT IS SO ORDERED.

18  **Dated:   August 12, 2011**         /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Sentencing Hearing                    2